**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00382-CV**

_____

**IN RE MUJTABA ALI KHAN**

_____

**Original Proceeding**

_____

**ORDER**

Mujtaba Ali Khan filed a petition for writ of mandamus. The relator is a defendant in Cause No. 12-01-00014 CV, *Xenon Health LLC and Haroon Chaudhry, M.D. v. Xenon Anesthesia of Texas PLLC and Mujtaba Ali Khan, D.O.* Relator seeks a writ compelling the Honorable Cara Wood, Judge of the 284th District Court, to vacate an order enforcing an interlocutory summary judgment and stay enforcement of the interlocutory summary judgment. We note our jurisdiction over this matter and the parties. *See* Tex. Gov't Code Ann. § 22.221 (West 2004).

1

Relator alleges that prejudice will result if he is compelled to obey the order before the issues raised in the petition for writ of mandamus can be resolved.

The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that the trial court's orders of June 20, 2013, and August 9, 2013, in Cause No. 12-01-00014 CV are STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of the relator as a condition to any relief herein granted.

The response of the real parties in interest is due September 3, 2013, at 5:00 p.m.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED August 21, 2013.

PER CURIAM

Before Gaultney, Kreger, and Horton, JJ.